# BEFORE THE
# UNITED STATES JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION | MDL DOCKET NO. 2733 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 21, 2016, the foregoing OPPOSITION TO PLAINTIFF'S MOTION TO TRANSFER RELATED ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS was filed electronically through the CM/ECF system, copies of which were sent by overnight delivery or First Class Mail, as indicated, to anyone unable to accept them via the electronic filing system.

Dated: July 21, 2016

                                                          */s/ Tiffany Cheung*
                                                            Tiffany Cheung

IN RE: UBER TECHNOLOGIES, INC., TELEPHONE
CONSUMER PROTECTION ACT (TCPA) LITIGATION

SERVICE LIST

| | |
|---|---|
| Joseph Denney Terry<br>ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP<br>1001 McKinney Street<br>Suite 1100<br>Houston, TX 77002-6418<br>Tel: (713) 224-8380<br>Email: joe.terry@roystonlaw.com<br><br>*Counsel for Plaintiff Melissa Cubria*<br>*Case No. 1:16-cv-00544-SS (W.D. Tex.)*<br><br>(M) | Larry Lee Thweatt<br>TERRY & THWEATT, P.C.<br>One Greenway Plaza<br>Suite 100<br>Houston, TX 77046<br>Tel: (713) 600-4712<br>Fax: (713) 600-4706<br>Email: lthweatt@terrythweatt.com<br><br>*Counsel for Plaintiff Melissa Cubria*<br>*Case No. 1:16-cv-00544-SS (W.D. Tex.)*<br><br>(M) |
| Phillip A. Bock<br>Tod Allen Lewis<br>James Michael Smith<br>BOCK & HATCH LLC<br>134 N. LaSalle St.<br>Suite 1000<br>Chicago, IL 60602<br>Tel: (312) 658-5500<br>Email: phil@bockhatchllc.com<br>Email: tod@bockhatchllc.com<br>Email: jim@bockhatchllc.com<br><br>*Counsel for Plaintiff Charles Christopher Johnson*<br>*Case No. 1:16-cv-05468 (N.D. Ill.)*<br><br>(M) | Jeremy Glapion<br>GLAPION LAW FIRM<br>1704 Maxwell Drive<br>Wall, NJ 07719<br>Tel: (732) 455-9737<br>Email: jmg@glapionlaw.com<br><br>*Counsel for Plaintiff Matthew Johnson*<br>*Case No. 3:16-cv-50113 (N.D. Ill.)*<br><br>(E) |

| | |
|---|---|
| Michael J. McMorrow<br>MCMORROW LAW, P.C.<br>1 N LaSalle St., 44th Floor<br>Chicago, IL 60602<br>Tel: (312) 265-0708<br>Fax: (312) 488-2603<br>Email: mike@mjmcmorrow.com<br><br>*Counsel for Plaintiff Carmellia Calmese*<br>*Case No. 1:16-cv-06277 (N.D. Ill.)*<br><br>(E) | Todd Michael Friedman<br>Adrian Bacon<br>Suren Naradha Weerasuriya<br>Law Offices of Todd M. Friedman, P.C.<br>324 South Beverly Drive, Suite 725<br>Beverly Hills, CA 90212<br>Tel: 877-206-4741<br>Fax: 866-633-0228<br>Email: tfriedman@attorneysforconsumers.com<br><br>*Counsel for Plaintiff Alexios Kafatos*<br>*Case No. 3:15-cv-03727 (N.D. Cal.)*<br><br>(E) |
| James G. Snell<br>Perkins Coie LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>650-838-4367<br>Fax: 650-838-4567<br>Email: jsnell@perkinscoie.com<br><br>*Counsel for Defendant Uber Technologies, Inc.*<br>*Case No. 3:15-cv-03727 (N.D. Cal.)*<br><br>(E) | Debra Rae Bernard<br>Perkins Coie LLP<br>1315 Dearborn Street, Suite 1700<br>Chicago, IL 60603-5559<br>312-324-8559<br>Fax: 312-324-9599<br>Email: dbernard@perkinscoie.com<br><br>*Counsel for Defendant Uber Technologies, Inc.*<br>*Case No. 3:15-cv-03727 (N.D. Cal.)*<br><br>(E) |
| Nicola Carah Menaldo<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>206-359-3787<br>Email: NMenaldo@perkinscoie.com<br><br>*Counsel for Defendant Uber Technologies, Inc.*<br>*Case No. 3:15-cv-03727 (N.D. Cal.)*<br><br>(E) | Sarah J. Crooks<br>Perkins Coie LLP<br>1120 NW Couch Street, 10th Floor<br>Portland, OR 97209<br>503-727-2252<br>Email: SCrooks@perkinscoie.com<br><br>*Counsel for Defendant Uber Technologies, Inc.*<br>*Case No. 3:15-cv-03727 (N.D. Cal.)*<br><br>(E) |

| | |
|---|---|
| Hassan Ali Zavareei<br>Andrea R. Gold<br>Andrew J. Silver<br>Tycko & Zavareei LLP<br>1828 L Street, N.W., Suite 1000<br>Washington, DC 20036<br>202-973-0900<br>Fax: 202-973-0950<br>Email: hzavareei@tzlegal.com<br>Email: agold@tzlegal.com<br>Email: asilver@tzlegal.com<br><br>*Counsel for Plaintiff James Lathrop*<br>*Case No. 3:14-cv-05678 (N.D. Cal.)*<br><br>(E) | Evan Matthew Meyers<br>Myles P. McGuire<br>McGuire Law, P.C.<br>55 W. Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>312-893-7002<br>Fax: 312-275-7895<br>Email: emeyers@mcgpc.com<br>Email: mmcguire@mcgpc.com<br><br>*Counsel for Plaintiffs James Lathrop, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and Justin Bartolet, on behalf of themselves and all others similarly situated*<br><br>*Case No. 3:14-cv-05678 (N.D. Cal.)*<br><br>(E) |
| Kristen Law Sagafi<br>Tycko & Zavareei LLP<br>483 Ninth Street, Suite 200<br>Oakland, CA 94607<br>510-907-7255<br>Email: ksagafi@tzlegal.com<br><br>*Counsel for Plaintiffs James Lathrop, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and Justin Bartolet, on behalf of themselves and all others similarly situated*<br><br>*Case No. 3:14-cv-05678 (N.D. Cal.)*<br><br>(E) | Todd Michael Friedman<br>Law Offices of Todd M. Friedman, P.C.<br>324 South Beverly Drive, Suite 725<br>Beverly Hills, CA 90212<br>877-206-4741<br>Fax: 866-633-0228<br>Email: tfriedman@attorneysforconsumers.com<br><br>*Counsel for Intervenor Plaintiff Kafatos Alexios*<br>*Case No. 3:14-cv-05678 (N.D. Cal.)*<br><br>(E) |

| | |
|---|---|
| James G. Snell<br>Julie Erin Schwartz<br>Perkins Coie LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>650-838-4367<br>Fax: 650-838-4567<br>Email: jsnell@perkinscoie.com<br>Email: jschwartz@perkinscoie.com<br><br>*Counsel for Defendant Uber Technologies, Inc.*<br>*Case No. 3:14-cv-05678 (N.D. Cal.)*<br><br>(E) | Austin Van Schwing<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street<br>Suite 3000<br>San Francisco, CA 94105-2933<br>415-393-8210<br>Fax: 415-374-8458<br>Email: aschwing@gibsondunn.com<br><br>*Counsel for Defendant Uber Technologies, Inc.*<br>*Case No. 3:14-cv-05678 (N.D. Cal.)*<br><br>(E) |
| Debra Rae Bernard<br>Perkins Coie LLP<br>131 S. Dearborn Street, Suite 1700<br>Chicago, IL 60603-5559<br>312-324-8559<br>Fax: 312-324-9599<br>Email: dbernard@perkinscoie.com<br><br>*Counsel for Defendant Uber Technologies, Inc.*<br>*Case No. 3:14-cv-05678 (N.D. Cal.)*<br><br>(E) | Nicola Carah Menaldo<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>206-359-8000<br>Email: NMenaldo@perkinscoie.com<br><br>*Counsel for Defendant Uber Technologies, Inc.*<br>*Case No. 3:14-cv-05678 (N.D. Cal.)*<br><br>(E) |
| Sarah J. Crooks<br>Perkins Coie LLP<br>1120 NW Couch Street, 10th Floor<br>Portland, OR 97209<br>503-727-2252<br>Email: SCrooks@perkinscoie.com<br><br>*Counsel for Defendant Uber Technologies, Inc.*<br>*Case No. 3:14-cv-05678 (N.D. Cal.)*<br><br>(E) | Wayne H. Norman*<br>4357 Wanatah<br>Memphis, TN 38109<br>PRO SE<br>*Case No. 3:16-cv-02907 (N.D. Cal.)*<br><br><br><br>*Sent via overnight delivery |

| | |
|---|---|
| Kristen-Leigh Myles<br>Andre E Jardini<br>Knapp Petersen and Clarke<br>550 North Brand Boulevard Suite 1500<br>Glendale, CA 91203<br>818-547-5000<br>Fax: 818-547-5329<br>Email: klm@kpclegal.com<br>Email: aej@kpclegal.com<br><br>*Counsel for Plaintiff Asfike Kolloukian on behalf of herself and those similarly situated*<br>*Case No. 2:15-cv-02856 (C.D. Cal.)*<br><br>(E) | James G. Snell<br>Perkins Coie LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>650-838-4367<br>Fax: 650-838-4567<br>Email: jsnell@perkinscoie.com<br>Email: jschwartz@perkinscoie.com<br><br>*Counsel for Defendant Uber Technologies, Inc.*<br>*Case No. 2:15-cv-02856 (C.D. Cal.)*<br><br>(E) |
| Joshua Reiten<br>Perkins Coie LLP<br>505 Howard Street<br>Suite 1000<br>San Francisco, CA 94105<br>415-344-7000<br>Fax: 415-344-7050<br>Email: jreiten@perkinscoie.com<br><br>*Counsel for Defendant Uber Technologies, Inc.*<br>*Case No. 2:15-cv-02856 (C.D. Cal.)*<br><br>(E) | Debra Rae Bernard<br>Perkins Coie LLP<br>131 S. Dearborn Street, Suite 1700<br>Chicago, IL 60603-5559<br>312-324-8559<br>Fax: 312-324-9599<br>Email: dbernard@perkinscoie.com<br><br>*Counsel for Defendant Uber Technologies, Inc.*<br>*Case No. 2:15-cv-02856 (C.D. Cal.)*<br><br>(E) |
| Donald J Kula<br>Perkins Coie LLP<br>1888 Century Park East Suite 1700<br>Los Angeles, CA 90067-1721<br>310-788-9900<br>Fax: 310-788-3399<br>Email: dkula@perkinscoie.com<br><br>*Counsel for Defendant Uber Technologies, Inc.*<br>*Case No. 2:15-cv-02856 (C.D. Cal.)*<br><br>(E) | Nicola C Menaldo<br>Perkins Coie LLP<br>1201 Third Avenue Suite 4900<br>Seattle, WA 98101-3099<br>206-359-8000<br>Fax: 206-359-9000<br>Email: nmenaldo@perkinscoie.com<br><br>*Counsel for Defendant Uber Technologies, Inc.*<br>*Case No. 2:15-cv-02856 (C.D. Cal.)*<br><br>(E) |

| | |
|---|---|
| Todd M Friedman<br>Law Offices of Todd M Friedman PC<br>324 South Beverly Drive Suite 725<br>Beverly Hills, CA 90212<br>877-206-4741<br>Fax: 866-633-0228<br>Email: tfriedman@toddflaw.com<br><br>*Counsel for Plaintiff Marisa Lainer individually and on behalf of all others similarly situated*<br><br>*Case No. 2:15-cv-09925 (C.D. Cal.)*<br><br>(E) | Paul Tyler Geske<br>Yevgeniy Y. Turin<br>Evan M Meyers<br>McGuire Law, P.C.<br>55 W. Wacker Dr.<br>9th Floor<br>Chicago, IL 60601<br>(312) 893-7002<br>Email: pgeske@mcgpc.com<br>Email: eturin@mcgpc.com<br>Email: emeyers@mcgpc.com<br><br>*Counsel for Plaintiff Maria Vergara individually and on behalf of a class of similarly situated individuals*<br><br>*Case No. 1:15-cv-06942 (N.D. Ill.)*<br><br>(E) |
| John C. Ellis<br>Ellis Legal P.C.<br>250 South Wacker Drive<br>Suite 600<br>Chicago, IL 60606<br>(312) 976-7629<br>Email: jellis@ellislegal.com<br><br>*Counsel for Defendant Uber Technologies, Inc.*<br>*Case No. 1:15-cv-06942 (N.D. Ill.)*<br><br>(E) | David Patrick Healy<br>2846-B Remington Green Circle<br>Tallahassee, FL 32308<br>850-222-5400<br>Fax: 222-7339<br>Email: dhealy@davidhealylaw.com<br><br>*Counsel for Plaintiff Shaver*<br>*Case No. 1:16-cv-22067 (S.D. Fla.)*<br><br>(E) |
| Clerk of the Panel*<br>United States Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, NE, Room G-255,<br>North Lobby Washington, DC 20002-8041<br><br>*Delivered via courier* | Susan Y. Soong<br>Clerk of Court<br>United States District Court<br>Northern District of California, SF Div.<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3489<br><br>*Sent via overnight delivery* |

| | |
|---|---|
| Kiry Gray<br>Clerk of Court<br>United States District Court<br>Central District of California, Western Div.<br>312 N. Spring Street<br>Los Angeles, CA 90012-4701<br><br>*Sent via overnight delivery | Everett McKinley Dirksen<br>Clerk of Court<br>United States District Court<br>Northern District of Illinois, Eastern Div.<br>219 South Dearborn Street<br>Chicago, Illinois 60604<br><br>*Sent via overnight delivery |
| Stanley J. Roszkowski<br>Clerk of Court<br>United States District Court<br>Northern District of Illinois, Western Div.<br>327 South Church Street<br>Rockford, IL 61101<br><br>*Sent via overnight delivery | Ms. Jeannette Clack<br>Clerk of Court<br>United States District Court<br>Western District of Texas, Austin Div.<br>501 West Fifth Street, Suite 1100<br>Austin, Texas 78701<br><br>*Sent via overnight delivery |
| U.S. District Court Clerk<br>Southern District of Florida, Miami Div.<br>400 N. Miami Avenue<br>Miami, FL 33128<br><br>*Sent via overnight delivery | |