BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Uber Technologies, Inc., Telephone Consumer Protection Act (TCPA) Litigation | MDL No. 2733 |

**PROOF OF SERVICE**

I, Paul Geske, counsel for Plaintiff Maria Vergara, hereby certify that on July 21, 2016, I filed *Plaintiff Maria Vergara's Response Supporting Transfer and Coordination of Actions In the Northern District of Illinois* via the Court's CM/ECF electronic filing system. A copy of said documents will be electronically transmitted to all counsel of record. A copy said documents will also be served on the following party by U.S. Mail:

Wayne H. Norman
4357 Wanatah
Memphis, TN 38109

*Pro se plaintiff in Norman v. Uber Technologies, Inc.*,
No. 16-cv-02907-EDL (N.D. Cal.)

Dated: July 21, 2016

Respectfully submitted,

By: /s/ *Paul T. Geske*

Evan M. Meyers
emeyers@mcgpc.com
Paul T. Geske
pgeske@mcgpc.com
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002

*Counsel for Plaintiff Maria Vergara*